UNITED STATES DISTRICT COURT
DISTRICT COURT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Lillian Katrina Colvin, | ) | C/A No.   1:22-cv-03869-MGL |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DRB Capital, LLC, Catalina Structured Funding, Inc., Vintage Equity Group, LLC, Peachtree Settlement Funding, LLC, 17-Cubs, LLC, Vanquished Gridlock, LLC, and Stone Street Originations, LLC, | ) ) ) ) ) ) | **MOTION TO APPROVE SETTLEMENTS** |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

  Plaintiff Lillian Katrina Colvin, by and through her undersigned counsel, files this Motion to Approve Proposed Settlements with Defendants DRB Capital, LLC, Catalina Structured Funding, Inc., Vintage Equity Group, LLC, Peachtree Settlement Funding, LLC, 17-Cubs, LLC, Vanquished Gridlock, LLC, and Stone Street Originations, LLC (collectively, "the Parties").

  In reaching these settlements, the Parties have conditioned their settlement agreements on this Court's review and approval. The basis of this condition stems from Plaintiff's incapacity and the Complaint's allegations regarding her incapacity. For these reasons, Plaintiff now seeks this Court's approval based on the following:

1. Plaintiff initiated this action by filing a Summons and Complaint in the South Carolina Court of Common Pleas for Allendale County.

2. Defendants removed the matter to this Court, and, thereafter, the Parties began working towards resolution in the months that followed.

3. Plaintiff has now reached proposed settlements with each Defendant with a total recovery valued at one hundred eighty-two thousand dollars ($182,000.00).

1

4. Court approval is a necessary term in each of the proposed settlements because of the Complaint's allegations and her prior injury.

5. Notably, Plaintiff has never been declared incapable of making her own decisions nor has a guardian or conservator ever been appointed.

6. The absence of such safeguards is significant because Plaintiff suffered a traumatic brain injury as a passenger in a vehicle struck by a train. The funds Plaintiff received because of that injury funded the structured settlements that were the underlying basis of this matter.

7. Recognizing the need for settlement authority to resolve this matter, Plaintiff's counsel received authority from both Plaintiff and her mother, Tonia M. Colvin, for each proposed settlement.

8. In reaching these agreements, Defendants deny any and all liability and Plaintiff agrees this settlement is based on a disputed claim.

9. Pursuant to the terms of the proposed settlements, Plaintiff agrees to execute a Full, Final, and Complete Release, which will fully and forever discharge all Defendants from any and all claims, actions, causes of action, demands, suits at large or in equity, of or by Plaintiff arising out of the Complaint's allegations or the transactions with Defendants described therein.

10. Plaintiff's counsel seeks approval of their contingency attorneys' fees of forty percent (40%) of the total amount of the settlements or seventy-two thousand eight hundred dollars ($72,800.00). Plaintiff respectfully submits the proposed attorneys' fees are reasonable.

11. Counsel also seeks recovery of advanced costs in the amount of five hundred sixty-two dollars and twenty-six cents ($562.26) consisting mainly of mediation costs and filing fees. Plaintiff respectfully submits the proposed costs are also reasonable.

12. Following reductions of proposed attorneys' fees and costs, Plaintiff's proposed net recovery would total one hundred eight thousand six hundred thirty-seven dollars and seventy-four cents ($108,637.74).

13. Plaintiff has consulted with Defendants' Counsel. The following Defendants consent to this Motion: DRB Capital, LLC, Peachtree Settlement Funding, LLC, Vanquished Gridlock, LLC, Stone Street Originations, LLC, Catalina Structured Funding, Inc., and 17-Cubs, LLC.

14. Vintage Equity Group, LLC does not object to this Motion.

RESPECTFULLY SUBMITTED,

*s/ John R. Alphin*
Jessica L. Fickling, Esq. (S.C. Fed ID 11403)
John R. Alphin, Esq. (S.C. Fed ID 9923)
STROM LAW FIRM, LLC
6923 N. Trenholm Rd., Suite 200
Columbia, South Carolina 29206
TEL: (803) 252-4800
jfickling@stromlaw.com
jalphin@stromlaw.com

Whitney Boykin Harrison (SC Fed ID 11604)
MCGOWAN HOOD, FELDER & PHILLIPS, LLC
1517 Hampton Street
Columbia, SC 29201
Tel: (803) 779-0100
wharrison@mcgowanhood.com

Sue Berkowitz, Esq. (S.C. Fed ID 1305)
SC APPLESEED LEGAL JUSTICE
P.O. box 7187
Columbia, SC 29202
Tel: (803) 779-1113
sberk@scjustice.org

A. Gibson Solomons, III, Esq. (S.C. Fed ID 7769)
SPEIGHTS & SOLOMONS, LLC
PO Box 685
100 Oak St., East Hampton, SC 29924
Tel: (803) 943-4444
gsolomons@speightsandsolomons.com
**ATTORNEYS FOR PLAINTIFF**

September ___, 2023
Columbia, South Carolina

4